IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-01680-RPM-CBS

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.
_____

ORDER APPROVING STIPULATION FOR PRELIMINARY RELIEF
_____

Upon review of the Stipulation Providing Preliminary Relief for Plaintiff Northern Arapaho Tribe, filed September 22, 2006, it is

ORDERED that the stipulation is approved and the parties shall proceed to comply with the terms of the stipulation in the same manner as if this Court had included those terms in an order granting a preliminary injunction in this civil action.

DATED: September 22 , 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge