FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 09 2007

GREGORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of the NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

---

## ORDER DISMISSING THE PLAINTIFF'S FOURTH AND FIFTH CLAIMS FOR RELIEF

---

On March 7, 2007, the court ordered the plaintiff to show cause why the fourth and fifth claims should not be dismissed as moot. In a response dated March 8, 2007 (doc. 19), the plaintiff conceded that the claims are moot and stated that it does not oppose dismissal without prejudice. Accordingly, it is

ORDERED that the fourth and fifth claims for relief are dismissed without prejudice.

Dated: March 9, 2007

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge