**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    May 3, 2007
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interest and as                Kelly Rudd
Parens Patriae for both its minor and adult members, and
on behalf of Northern Arapaho Tribal Housing, an
instrumentality of the tribe,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND                          Timothy Jafek
URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development,
ORLANDO CABRERA, Assistant Secretary for
the Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Division Office
of Native American Programs, Department of Housing and Urban and
Development, Office of Public and Indian Housing,

    Defendant.

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**10:50 a.m.**    **Court in session.**

Discussion regarding case issues.

**ORDERED:**    **Defendants' Motion to Dismiss Amended Complaint, filed March 26, 2007 [24], is granted. Claims One and Two are dismissed.**

Counsel inform the Court that there has been no briefing filed with respect to the Fort Peck appeal.

Court instructs Mr. Jafek to file necessary administrative records and to confer with agency regarding stipulating to previous rulings on related adjudicated issues.

**ORDERED:**    **Joint Motion of the Jicarrilla Apache Housing Authority and the Mescalero Apache Housing Authority to Intervene, filed April 10, 2007 [27], is granted. The Complaint in intervention is accepted.**
              **No scheduling order entered.**

**11:20 a.m.**    **Court in recess.**    Hearing concluded.   Total time 30 min.