IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,
and

MESCALERO APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Mescalero Apache Tribe, and
JICARILLA APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Jicarilla Apache Nation,

        Plaintiffs/Interveners,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development, and
ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,
        Defendants.
_____

ORDER GRANTING MOTION TO INTERVENE
_____

On April 12, 2007, the Jicarilla Apache Housing Authority and the Mescalero Apache Housing Authority filed a joint motion to intervene in this civil action and submitted a complaint in intervention. Because that complaint raises the same issues as the third claim for relief in the First Amended Complaint in this case and there having been no objection, it is

ORDERED that the motion to intervene is granted and the complaint tendered therewith is ordered filed.

DATED: May 3rd , 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge