IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.

_____

ORDER DISMISSING CLAIMS I AND II OF THE FIRST AMENDED COMPLAINT
_____

The plaintiff filed a First Amended Complaint on March 9, 2007, and the defendants filed a motion to dismiss the first and second claims for relief under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  The plaintiff has responded and upon the finding and conclusion that the plaintiff's effort to split the monetary claims for relief are unavailing.  The issue here is the recovery under the Plan of Dissolution and the amount is greater than this Court's jurisdiction under the Tucker Act.  Accordingly, it is

ORDERED that the first and second claims for relief of the First Amended Complaint are dismissed for lack of jurisdiction.

DATED: May 3rd , 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge