IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.

_____

ORDER APPROVING STIPULATION
_____

Upon consideration of the Stipulation Providing Additional Preliminary Relief for Plaintiff Northern Arapahoe Tribe [48], filed September 24, 2007, it is

ORDERED that the stipulation is approved and, if necessary, may be enforced as an order of this Court.

DATED: September 28th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge