IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1680

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

    Plaintiffs,

MESCALERO APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Mescalero Apache Tribe, and JICARILLA APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Jicarilla Apache Nation,

    Intervenor-Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing,

    Defendants.

## ORDER

Upon consideration of the Stipulation Providing Additional Preliminary Relief for Intervenor-Plaintiffs the Mescalero Apache Housing Authority and the Jicarilla Apache Housing Authority, filed December 3, 2007, it is

ORDERED that the Stipulation is approved and, if necessary, may be enforced as an Order of this Court.

Dated: December 3rd, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge