IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ALPHONSO JACKSON, Secretary of Housing and Urban Development, and ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.
_____

ORDER GRANTING MOTION TO INTERVENE
_____

        Upon consideration of the Motion to Intervene [53], filed November 26, 2008, it is

        ORDERED that the motion is granted and the Complaint attached thereto is deemed filed.

        DATED: December 1st, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge