# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-CV-1680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

Plaintiff,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development,
ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

Defendants.

---

## ORDER APPROVING STIPULATION
---

Upon consideration of the Stipulation Providing Preliminary Relief for Plaintiff Ute Indian Tribal Housing, filed March 20, 2009, it is

ORDERED that the stipulation is approved, and if necessary, may be enforced as an order of this Court.

DATED: March 31st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge