IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

        Plaintiff,

MESCALERO APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Mescalero Apache Tribe, and
JICARILLA APACHE HOUSING AUTHORITY, the tribally designated housing entity for the Jicarillo Apache Nation,

        Intervenor Plaintiffs,

UTE INDIAN TRIBAL HOUSING, the tribally designated housing entity for the Ute Indian Tribe for the Uintah and Ouray Reservation,

        Intervenor Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development, and
ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Div. Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

      Upon consideration of the Joint Motion to Amend Complaint by Intervenor Plaintiffs Jicarilla Apache Housing Authority and Mescalero Apache Housing Authority [59] filed on June 9, 2009, and defendants' response filed on June 24, 2009,, it is

      ORDERED that the motion is granted and the Complaint attached thereto [59-3] is accepted for filing.

      DATED: June 26th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge