IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE,
in its own interests and as Parens Patriae
for both its minor and adult members, and on behalf of
NORTHERN ARAPAHO TRIBAL HOUSING,
an instrumentality of the Tribe,

        Plaintiff,
and

MESCALERO APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Mescalero Apache Tribe; and

JICARILLA APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Jicarilla Apache Nation, and

UTE INDIAN TRIBAL HOUSING,
the tribally designated housing entity for the Ute Indian Tribe
for the Uintah and Ouray Reservation,

        Intervenor-Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Division, Office of Native
American Programs, Department of Housing and Urban Development, Office of Public and
Indian Housing,

        Defendants.

## ORDER FOR COORDINATED HEARING

        Coordinated briefs and response briefs have been filed by the parties in this action and

nine related actions.  Upon review of those coordinated briefs and Big Pine Paiute Tribe's

Special Brief in Civil Action No. 07-cv-01343-RPM, and the separate briefs in *Nambe Pueblo*

*Housing Entity v. HUD et al.*, Civil Action No. 11-cv-01516-RPM, it is

ORDERED that a coordinated hearing will held at a time to be scheduled and all counsel

representing the parties must be personally present at the hearing.

Date:   April 16th, 2012

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge