IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE,
in its own interests and as Parens Patriae
for both its minor and adult members, and on behalf of
NORTHERN ARAPAHO TRIBAL HOUSING,
an instrumentality of the Tribe,

    Plaintiff,
and

MESCALERO APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Mescalero Apache Tribe; and
JICARILLA APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Jicarilla Apache Nation, and
UTE INDIAN TRIBAL HOUSING,
the tribally designated housing entity for the Ute Indian Tribe
for the Uintah and Ouray Reservation,

    Intervenor-Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Housing Management Division, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

---

ORDER REGARDING INCORPORATED MEMORANDUM OPINION AND ORDER

---

The Memorandum Opinion and Order filed August 31, 2012, in *Fort Peck Housing Authority v. HUD et al.*, Civil Action No. 05cv00018-RPM, is hereby incorporated as an order governing common issues in this action; it is

FURTHER ORDERED that a coordinated hearing will held at a time to be scheduled for the purpose of addressing procedures for determining issues remaining in this action. All counsel representing the parties must be personally present at the hearing.

Date:  August 31, 2012

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge