**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

    Plaintiff,

and

MESCALERO APACHE HOUSING AUTHORITY, the tribally designated housing authority for the Mescalero Apache Tribe, and JICARILLA APACHE HOUSING AUTHORITY, the tribally designated housing authority for the Jicarilla Apache Nation,

    Intervenor-Plaintiffs,

UTE INDIAN TRIBAL HOUSING, the tribally designated housing entity for the Ute Indian Tribe for the Uintah and Ouray Reservation,

    Intervenor-Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SHAUN DONOVAN, Secretary of Housing and Urban Development, DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and GLENDA GREEN, Director, Housing Management Division, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

___

**ORDER**
___

The Court, having reviewed the Unopposed Motion by Plaintiff to Extend Deadline by Forty- Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the Unopposed Motion. Therefore, Plaintiff shall file its Statement of Relief Requested on or before March 4, 2013, and Defendants shall file their response to Plaintiff's Statement of Relief Requested on or before May 6, 2013.

Dated: December 26th, 2012.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge