IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE,
in its own interests and as Parens Patriae
for both its minor and adult members, and on behalf of
NORTHERN ARAPAHO TRIBAL HOUSING,
an instrumentality of the Tribe,

    Plaintiff,
and

MESCALERO APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Mescalero Apache Tribe; and
JICARILLA APACHE HOUSING AUTHORITY,
the tribally designated housing authority for the Jicarilla Apache Nation, and
UTE INDIAN TRIBAL HOUSING,
the tribally designated housing entity for the Ute Indian Tribe
for the Uintah and Ouray Reservation,

    Intervenor-Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing, and
GLENDA GREEN, Director, Housing Management Division, Office of Native
American Programs, Department of Housing and Urban Development, Office of Public
and Indian Housing,

    Defendants.

## ORDER OF DISMISSAL PURSUANT TO STIPULATION

Pursuant to the stipulation dated July 8, 2013 (#123) between Intervenor-Plaintiffs

Mescalero Apache Housing Authority, Jicarilla Apache Housing Authority, Ute Indian Tribal

Housing, and all Defendants, it is

ORDERED that the claims of Intervenor-Plaintiffs Mescalero Apache Housing Authority, Jicarilla Apache Housing Authority, and Ute Indian Tribal Housing are dismissed with prejudice, each party to bear its own fees, costs, and expenses.  It is

FURTHER ORDERED the Order dated December 3, 2007 (#51), which approved the Stipulation Providing Additional Preliminary Relief for Intervenor-Plaintiffs the Mescalero Apache Housing Authority and the Jicarilla Apache Housing Authority (#50), is vacated.

Dated:  July 9, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge