**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01680-RPM-CBS

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

    Plaintiff,
and

MESCALERO APACHE HOUSING AUTHORITY, the tribally designated housing authority for the Mescalero Apache Tribe, and JICARILLA APACHE HOUSING AUTHORITY, the tribally designated housing authority for the Jicarilla Apache Nation,

    Intervenor-Plaintiffs,

UTE INDIAN TRIBAL HOUSING, the tribally designated housing entity for the Ute Indian Tribe for the Uintah and Ouray Reservation,

    Intervenor-Plaintiff,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SHAUN DONOVAN, Secretary of Housing and Urban Development, DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.
_____

**ORDER EXTENDING TIME TO FILE REPLY**
_____

    The Court, having reviewed the Unopposed Motion by Plaintiff for Leave to File a Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

    Accordingly, IT IS ORDERED, that the Plaintiff shall file its Reply Brief on or before September 3, 2013.

Dated:   July 31st,  2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge