**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01680-RPM

NORTHERN ARAPAHO TRIBE, in its own interests and as PARENS PATRIAE for both its minor and adult members, and on behalf of NORTHERN ARAPAHO TRIBAL HOUSING, an instrumentality of the Tribe,

    Plaintiff,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SHAUN DONOVAN, Secretary of Housing and Urban Development, DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

    Pursuant to the Stipulation of Dismissal [134] filed February 5, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own fees, costs and expenses. It is

    FURTHER ORDERED that the Court's previous orders regarding preliminary relief {#5, #49} are vacated.

    Dated: February 5th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge